[No. 31278-6-II.   Division Two.   May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. BEESON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01067-9, Katherine M. Stolz, J., entered December 30, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 31290-5-II.   Division Two.   May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KWAME SEKOU FORRESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-01761-6, Christine A. Pomeroy, J., entered January 9, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31330-8-II.   Division Two.   May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent* v. MERVIN MARCOS HAWKINS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-01382-8, M. Karlynn Haberly, J., entered January 16, 2004. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 31401-1-II.   Division Two.   May 17, 2005.]

DAVID MILES, *Respondent*, v. LYNDA M. MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-13584-1, James R. Orlando J., and Waldo Stone, J. Pro Tem., entered February 10, 2004. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J. Now published at 128 Wn. App. 64.